In the Matter of Opening GRANT AVENUE from East One Hundred and Sixty-first Street to East One Hundred and Seventieth Street in the City of New York.

THE CITY OF NEW YORK, Appellant; HENRY B. ELY et al., as Trustees of the Estate of WILLIAM ASTOR, Deceased, Respondents.

*Matter of Grant Avenue,* 76 App. Div. 87, affirmed.
(Argued June 2, 1903; decided June 16, 1903.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 26, 1902, which affirmed an order of Special Term denying a motion to confirm the report of commissioners of estimate and assessment in the above entitled proceeding.

The following question was certified: " Did the commissioners adopt an erroneous principle in making their assessment in this proceeding ? "

*George L. Rives, Corporation Counsel (Theodore Connoly, John P. Dunn* and *Thomas C. Blake,* of counsel), for appellant.

*John C. Shaw, Joel J. Squier* and *James A. Deering* for respondents.

Order affirmed, with costs, and the question certified not answered, because under this record it does not present a question of law only, but instead a mixed question of law and fact; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, CULLEN and WERNER, JJ.